1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   MARGARET W. LAMBROSE
3  Assistant Federal Public Defender
   Nevada State Bar No. 11626
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Maggie_Lambrose@fd.org

7  Attorney for Jefferson Cody Green

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00190-JAD-VCF |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | (First Request) |
| JEFFERSON CODY GREEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Jefferson Cody Green, that this Court remove the no contact condition from Mr. Green's pretrial release conditions.[1]

This Stipulation is entered into for the following reasons:

1. Mr. Green and R.S. have fully reconciled and they would like to maintain their relationship.

---

[1] ECF No. 6 p. 4.

2. Mr. Green has been on pretrial supervision for 10 months.[2] During that time, he has complied with all of the conditions of pretrial release. Due to Mr. Green's proven track record of compliance, the parties agree that the no contact condition is no longer necessary.

3. Pretrial Services has no objection to this modification.

DATED this 22nd day of June, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Rachel Kent*<br>By_____<br>RACHEL KENT<br>Special Assistant United States Attorney |

---

[2] ECF No. 1.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00190-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JEFFERSON CODY GREEN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the no contact condition with the victim in this case is removed.

DATED this 23rd day of June, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE